No. 22-5339

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CAMPAIGN LEGAL CENTER
    *Plaintiff-Appellant*,

v.

FEDERAL ELECTION COMMISSION,
    *Defendant-Appellee.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:22-cv-01976-JEB

**PLAINTIFF-APPELLANT'S CERTIFICATE
AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's Order of December 23, 2022, and Circuit Rule 28(a)(1), Plaintiff-Appellant Campaign Legal Center submits its Certificate as to Parties, Rulings, and Related Cases.

**(A)** **Parties and Amici.** Campaign Legal Center ("CLC") is the plaintiff in the district court and appellant in this Court. CLC is a nonpartisan, nonprofit corporation that has no parent companies, does not issue stock, and in which no publicly held corporation has any form of ownership interest. CLC works to protect and strengthen the U.S. democratic process across all levels of government, including by supporting campaign finance reform through litigation, policy analysis,

and public education.

The Federal Election Commission ("FEC") is the defendant in the district court and appellee in this Court.

**(B)** **Rulings Under Review.** Plaintiff-appellant Campaign Legal Center appeals the December 8, 2022 memorandum opinion (Doc. 18) and order (Doc. 17) of the United States District Court for the District of Columbia (Boasberg, J.) granting Defendant Federal Election Commission's Motion to Dismiss. The December 8, 2022 opinion is not published in the federal reporter but is available at 2022 WL 17496211 and is attached to Campaign Legal Center's Notice of Appeal, which was entered on this Court's docket on December 21, 2022.

**(C)** **Related Cases.** The appealed ruling has not previously been before this Court or any other court. There are no related cases pending in this Court or any other court of which counsel are aware.

| | |
|---|---|
| **Date: January 23, 2023** | Respectfully submitted, |
| | /s/ *Megan P. McAllen* |
| | Megan P. McAllen (DC Bar No. 1020509) |
| |    mmcallen@campaignlegalcenter.org |
| | Erin Chlopak (DC Bar No. 496370) |
| |    echlopak@campaignlegalcenter.org |
| | Campaign Legal Center |
| | 1101 14th Street NW, Ste. 400 |
| | Washington, D.C. 20005 |
| | (202) 736-2000 |
| | *Counsel for Plaintiff-Appellant* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 23, 2023, I electronically filed the foregoing document with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.

/s/ *Megan P. McAllen*
Megan P. McAllen