No. 22-5339　　　　　　　　　　　　　　　　September Term, 2023

1:22-cv-01976-JEB

**Filed On:** March 11, 2024

Campaign Legal Center,

　　　　Appellant

　　v.

Federal Election Commission,

　　　　Appellee

**BEFORE:**　Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas*, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges; and Rogers, Senior Circuit Judge.

## O R D E R

Upon consideration of the unopposed motion for invitation to participate as amicus curiae in support of appellant's petition for rehearing en banc, filed by movant Citizens for Responsibility and Ethics in Washington, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　Deputy Clerk

* Circuit Judge Katsas did not participate in this matter.